IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff<br><br>    v.<br><br>NORTHWEST WIRELESS ENTERPRISES, LLC d/b/a T-MOBILE,<br><br>    Defendant. | CIVIL ACTION NO.<br><br>COMPLAINT<br><br>JURY TRIAL DEMAND |

NATURE OF THE ACTION

This is an action under Title I and Title V of the Americans with Disabilities Act of 1990, as amended by the ADA Amendments Act of 2008, 42 U.S.C. § 12101 *et. seq.*, ("ADA" and "ADAAA") to correct unlawful employment practices on the basis of disability and to provide appropriate relief to Melissa Daniel, who was adversely affected by such practices. The Equal Employment Opportunity Commission ("EEOC") alleges that Northwest Wireless Enterprises, LLC d/b/a T-Mobile ("Defendant") discriminated against Ms. Daniel, a qualified individual with a disability, when it terminated her from her Sales Associate position on June 29, 2018.

JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 107(a) of the ADA, 42 U.S.C. § 12117(a), which incorporates by reference Section 706(f)(1) and (3) of Title VII of

**COMPLAINT- Page 1**

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Ave., Suite 400
Seattle, Washington 98104
Phone (206) 220-6884
Fax (206) 220-6911
TDD (206) 220-6882

the Civil Rights Act of 1964, 42 U.S.C. § 2000e-5(f)(1) and (3) ("Title VII"), and pursuant to Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2.     The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Western District of Washington.

## PARTIES

3.     Plaintiff, the Equal Employment Opportunity Commission, is the agency of the United States of America charged with the administration, interpretation and enforcement of Title I of the ADA and is expressly authorized to bring this action by Section 107(a) of the ADA, 42 U.S.C. § 12117(a), which incorporates by reference Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. 2000e-5(f)(1).

4.     On information and belief, Defendant has continuously been doing business in the State of Washington and has continuously had at least fifteen (15) employees at all relevant times.

5.     At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce under Section 101(5) of the ADA, 42 U.S.C. § 12111(5) and Section 101(7) of the ADA, 42 U.S.C. § 12111(7), which incorporates by reference Sections 701(g) and (h) of Title VII, 42 U.S.C. §§ 2000e(g) and (h).

6.     At all relevant times, Defendant has been a covered entity under Section 101(2) of the ADA, 42 U.S.C. § 12111(2).

## ADMINISTRATIVE PROCEDURES

7.     More than thirty (30) days prior to the institution of this lawsuit, Charging Party Melissa Daniel filed Charge No. 551-2018-03217 with the EEOC alleging violations of Title I of the ADA by Northwest Wireless Enterprises, LLC d/b/a T-Mobile.  Defendant responded to Ms.

**COMPLAINT- Page 2**

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

Daniel's EEOC charge.  The EEOC issued Defendant a Letter of Determination on April 17, 2019 finding reasonable cause to believe the ADA was violated with regard to Ms. Daniel, and invited Defendant to explore informal methods of conciliation to eliminate the unlawful employment practices and to provide appropriate relief.  The EEOC then communicated with Defendant to describe appropriate remedies for the discriminatory practices described in the EEOC's Letter of Determination.  The EEOC was unable to secure a conciliation agreement from Defendant that was acceptable to the Commission.  On June 17, 2019, the EEOC issued a Notice of Failure of Conciliation to Defendant.  All conditions precedent to the institution of this lawsuit have been fulfilled.

## STATEMENT OF CLAIMS

8. Since at least April 30, 2018, Defendant has engaged in unlawful employment practices in violation of Sections 102(a) and 102(b)(5)(B) of Title I of the ADA, 42 U.S.C. §§ 12112(a) and 12112(b)(5)(B).  Defendant discriminated against Melissa Daniel, a qualified individual with a disability, when it terminated her from her Sales Associate job on June 29, 2018.

9. Ms. Daniel is an individual with a disability.  She had permanent severe hearing loss in both ears as of January 1, 2016, which she disclosed to Defendant in December 2017 when she was first hired by Defendant as a Sales Associate at the Spanaway store.  Ms. Daniel explained to her then supervisor and co-workers that they had to speak to her while facing her because of her severe hearing impairment, and that they had to speak loudly and might have to repeat themselves.  As a result of her permanent physical impairment, Ms. Daniel is substantially limited in the major life activities of hearing and communicating.

**COMPLAINT- Page 3**

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

10.     Despite the foregoing, Ms. Daniel was a qualified individual with a disability because she satisfactorily performed the essential functions of her Sales Associate job from December 2017 to June 29, 2018.

        11.     From December 2017 to June 29, 2018, Defendant did not ever issue any discipline or take any disciplinary action against Ms. Daniel regarding her attendance, conduct or work performance.

        12.     From December 2017 to June 29, 2018, Defendant did not ever provide Ms. Daniel with any evaluation that indicated her work performance was unacceptable using standards or performance metrics that applied to similarly situated Sales Associates.

        13.     On April 30, 2018, two of Defendant's employees provided Ms. Daniel with information that Defendant's Manager at the Spanaway facility wanted to terminate her because he did not want to continue providing her with a reasonable accommodation for her severe hearing impairment.

        14.     On May 1, 2018, Ms. Daniel informed Defendant's owner Michael Wallitner and District Manager Josh Martin that her manager at the Spanaway facility harbored discriminatory animus towards her because of her severe hearing impairment and that he wanted to terminate her.  Defendant's owner and District Manager took no action to respond to Ms. Daniel's internal complaint of discrimination.

        15.     Defendant terminated Ms. Daniel on June 29, 2018 from her Sales Associate position for alleged performance issues and tardiness.

        16.     The effect of the practices complained of in paragraphs 8-15 above has been to deprive Ms. Daniel of equal employment opportunities and otherwise adversely affect her status as an employee, because of her disability.

**COMPLAINT- Page 4**

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Ave., Suite 400
Seattle, Washington 98104
Phone (206) 220-6884
Fax (206) 220-6911
TDD (206) 220-6882

17. The unlawful employment practices complained of in paragraphs 8-15 were and are intentional.

18. The unlawful employment practices complained of in paragraphs 8-15 above were done with malice or with reckless indifference to the federally protected rights of Melissa Daniel.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant, its officers, agents, successors, assigns, and all persons in active concert or participation with it, from unlawfully failing to provide equal employment opportunities to employees with disabilities and to accommodate employees' disabilities, and any other employment practice which discriminates on the basis of disability.

B. Order Defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for qualified individuals with disabilities, and which eradicate the effects of its past and present unlawful employment practices.

C. Order Defendant to make whole Melissa Daniel by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices.

D. Order Defendant to make whole Melissa Daniel by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraphs 8-15 above, including past and future out-of-pocket losses, in amounts to be determined at trial.

E. Order Defendant to make whole Melissa Daniel by providing compensation for past and future non-pecuniary losses resulting from the unlawful practices complained of in

**COMPLAINT- Page 5**

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Ave., Suite 400
Seattle, Washington 98104
Phone (206) 220-6884
Fax (206) 220-6911
TDD (206) 220-6882

paragraphs 8-15 above, including emotional pain, suffering, inconvenience, loss of enjoyment of life, and humiliation, in amounts to be determined at trial.

    F.    Order Defendant to pay Melissa Daniel punitive damages for its malicious and reckless conduct, as described in paragraphs 8-15 above in amounts to be determined at trial.

    G.    Grant such further relief as the Court deems necessary and proper in the public interest.

    H.    Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its Complaint.

DATED this 31st day of July, 2019.

BY: */s/ Roberta L. Steele*
Roberta L. Steele
Regional Attorney
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
San Francisco District Office
450 Golden Gate Ave, 5th Floor West
P.O. Box 36025
San Francisco, CA 94102
TEL: (415) 522-3011
roberta.steele@eeoc.gov

BY: */s/ John F. Stanley*
John F. Stanley
Supervisory Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, WA 98104-1061
Telephone (206) 220-6896
john.stanley@eeoc.gov

JAMES L. LEE
Deputy General Counsel

GWENDOLYN Y. REAMS
Associate General Counsel

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Office of the General Counsel
131 M Street NE, 5th Floor
Washington, D.C. 20507

**COMPLAINT- Page 6**

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

BY: */s/ Damien A. Lee*
Damien A. Lee
Senior Trial Attorney
Seattle Field Office
909 1st Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone (206) 220-6915
Facsimile (206) 220-6196
damien.lee@eeoc.gov

                    Attorneys for Plaintiff EEOC

**COMPLAINT- Page 7**

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

DATED this 31st day of July, 2019

*/s/ Rebecca Eaton*
REBECCA EATON
Paralegal Specialist
EEOC Seattle Field Office
909 First Avenue, Suite 400
Seattle, WA 98104-1061
Telephone: 206-220-6855
Email: rebecca.eaton@eeoc.gov

**COMPLAINT- Page 8**

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882