THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff <br><br> v. <br><br> NORTHWEST WIRELESS ENTERPRISES, LLC d/b/a T-MOBILE, <br><br> Defendant. | CIVIL ACTION NO. 3:19-cv-05696-BHS-MLP <br><br> STIPULATION RE DEFENDANT'S FILING OF AN AMENDED ANSWER <br><br> NOTE ON MOTION CALENDAR: <br><br> October 4, 2019 |

Plaintiff Equal Employment Opportunity Commission ("EEOC") and Defendant Northwest Wireless Enterprises, LLC d/b/a T-Mobile ("NWWE"), pursuant to LCR 15, hereby stipulate as follows:

1. EEOC initiated this suit by filing a Complaint on July 31, 2019 (ECF No. 1);

2. NWWE filed an Answer on September 9, 2019 (ECF No. 5);

3. On September 11, 2019, EEOC requested that NWWE withdraw or reconsider two defenses raised in its Answer;

4. After considering the EEOC's September 11, 2019 request, NWWE will file an Amended Answer (Attached);

EQUAL EMPLOYMENT OPPORTUNITYCOMMISSION
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

5. EEOC does not oppose NWWE's ability to file an Amended Answer in light of its September 11, 2019 request, but reserves the right to file a motion pursuant to Fed. R. Civ. P. 12(f) regarding NWWE's Amended Answer within twenty-one (21) days of the filing of the Amended Answer.

RESPECTFULLY SUBMITTED this 4th day of October, 2019.

BY: __/S/ Damien A. Lee__   Date: _October 4, 2019_

DAMIEN A. LEE
Senior Trial Attorney
EEOC-Seattle Field Office
909 First Avenue, Suite 400
Seattle, WA 98104-1061

Attorney for Plaintiff Equal Employment Opportunity Commission

BY: __/S/ Matthew A. Lind__   Date: _October 4, 2019_

Matthew A. Lind
19717 Front Street NE
P.O. Box 400
Poulsbo, WA 98370
matt@westsoundlegal.com

James K. McCanna
P.O. Box 468
Kingston, WA 98346
jmccanna@mccannalaw.com

Attorneys for Defendant Northwest Wireless Enterprises, LLC.

STIPULATION re DEFENDANT'S FILING OF AN AMENDED ANSWER ( Page 2 (3:19-cv-05696-BHS-MJP)

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

# **ORDER**

This matter, having come on regularly before the Court, and the Court being fully advised, and having examined the records and files herein, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above Stipulation re Defendant's Filing of An Amended Complaint is confirmed and entered. Defendant's Amended Answer supersedes the Answer filed on September 9, 2019 (ECF No. 5), and Plaintiff will have will have twenty-one days to file any Rule 12 motion regarding Defendant's Amended Answer.

DATED this 4th day of October, 2019,

MICHELLE L. PETERSON
United States Magistrate Judge

STIPULATION re DEFENDANT'S FILING OF AN AMENDED ANSWER ( Page 3 (3:19-cv-05696-BHS-MJP)

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882