THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff<br><br>    v.<br><br>NORTHWEST WIRELESS ENTERPRISES, LLC d/b/a T-MOBILE,<br><br>    Defendant. | CIVIL ACTION NO.<br>3:19-cv-05696-BHS-MLP<br><br>STIPULATION RE INTERVENTION AND JOINT REQUEST FOR EXTENSION OF RULE 26(a) DISCLOSURES AND JOINT STATUS REPORT<br><br>NOTE ON MOTION CALENDAR:<br><br>November 22, 2019 |

    Plaintiff Equal Employment Opportunity Commission ("EEOC") and Defendant Northwest Wireless Enterprises, LLC d/b/a T-Mobile ("Defendant" or "NWWE"), hereby stipulate as follows:

    1. Defendant stipulates to the intervention of Melissa Daniel (ECF Nos. 15-17) in the present suit initiated by the EEOC (ECF No. 1), and that she be permitted to file her complaint in intervention which includes other federal and state law claims via supplemental jurisdiction.

    2. In light of the Ms. Daniel's intervention, the EEOC and NWWE jointly request a 45-day extension of the current litigation deadlines to allow NWWE to file an Answer to Ms. Daniel's complaint in intervention: (a) Rule 26(a) initial disclosures, by November 25, 2019; and (b) Joint Status Report by December 2, 2019.

STIPULATION re INTERVENTION AND JOINT REQUEST FOR EXTENSION - Page 1 (3:19-cv-05696-BHS-MJP)

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

3. The purpose of this extension request is not to create unnecessary delay because the EEOC and NWWE have been diligent in trying to plan litigation, and have convened two separate Rule 26(f) conferences for this purpose on October 10, 2019 and November 12, 2019. In light of the Ms. Daniel's intervention, however, the extension of the current litigation deadlines will allow the parties to jointly plan litigation in the most efficient manner possible, with all necessary parties.

RESPECTFULLY SUBMITTED this 22nd day of November, 2019.

BY: /s/ Damien A. Lee   Date: November 22, 2019

DAMIEN A. LEE
Senior Trial Attorney
EEOC-Seattle Field Office
909 First Avenue, Suite 400
Seattle, WA 98104-1061

Attorney for Plaintiff Equal Employment Opportunity Commission

BY: /S/ Matthew A. Lind   Date: November 22, 2019

Matthew A. Lind
19717 Front Street NE
P.O. Box 400
Poulsbo, WA 98370
matt@westsoundlegal.com

James K. McCanna
P.O. Box 468
Kingston, WA 98346
jmccanna@mccannalaw.com

Attorneys for Defendant Northwest Wireless Enterprises, LLC.

STIPULATION re INTERVENTION AND JOINT REQUEST FOR EXTENSION - Page 2 (3:19-cv-05696-BHS-MJP)

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

## ORDER

This matter, having come on regularly before the Court, and the Court being fully advised, and having examined the records and files herein, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above Stipulation re INTERVENTION AND JOINT REQUEST FOR EXTENSION OF RULE 26(a) DISCLOSURES AND JOINT STATUS REPORT is confirmed and ENTERED.

The parties will exchange Rule 26(a) initial disclosures forty-five (45) days from the date on which Melissa Daniel's intervention is granted, and file their Joint Status report seven (7) days after exchanging their initial disclosures.

DATED this 26th day of November, 2019,

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

STIPULATION re INTERVENTION AND JOINT REQUEST FOR EXTENSION - Page 3 (3:19-cv-05696-BHS-MJP)

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

# CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2019, I electronically filed the foregoing document titled "STIPULATION RE INTERVENTION AND JOINT REQUEST FOR EXTENSION OF RULE 26(a) DISCLOSURES AND JOINT STATUS REPORT" with the Clerk of the Court using the CMF/ECF system, which will send notice of such filing to all counsel of record:

Beverly Grant
Jeffery Bradley
5808 100th Street SW, Suite A
Lakewood, WA 98400
beverly@BevGrantlaw.com
Jeffery@BevGrantlaw.com

Counsel for Plaintiff Intervenor Applicant Melissa Daniel

Matthew A. Lind
19717 Front Street NE
P.O. Box 400
Poulsbo, WA 98370
matt@westsoundlegal.com

James K. McCanna
P.O. Box 468
Kingston, WA 98346
jmccanna@mccannalaw.com

Counsel for Defendant Northwest Wireless Enterprises, LLC.

DATED this 22nd day of November, 2019

/s/ Damien A. Lee
Senior Trial Attorney
Seattle Field Office
909 1st Avenue, Suite 400
Seattle, Washington 98104-1061

STIPULATION re INTERVENTION AND JOINT REQUEST FOR EXTENSION - Page 4 (3:19-cv-05696-BHS-MJP)

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882